[No. 21119-0-II.    Division Two.    October 10, 1997.]

SHIRLEY C. CAIN, *Individually and as Personal Representative, Appellant*, v. THE CITY OF TACOMA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-01419-5, Nile E. Aubrey, J., entered December 29, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Armstrong, JJ.

[No. 21395-8-II.    Division Two.    October 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT A. HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 96-1-00149-8, Joel M. Penoyar, J., entered November 22, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 21562-4-II.    Division Two.    October 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES WILLIAM SPRINGFIELT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-01079-1, James D. Ladley, J., entered January 9, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.